UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------x

UNITED STATES OF AMERICA

: 04 Cr. 00010 (SRC)

-v.-

: ORDER ON CONSENT ADVANCING
SURRENDER DATE

LAWRENCE FRANSEN,

Defendant.

---------------------------------------------x

It is hereby consented by the United States, by Assistant U.S. Attorney John Fietkiewicz, and the defendant Lawrence Fransen, by his attorney Jacob Laufer, that the date for defendant Lawrence Fransen to surrender for service of his term of incarceration be advanced from August 30, 2008 to July 27, 2008.

Dated: Newark, New Jersey
       June 13, 2008

JOHN B. FIETKIEWICZ, ESQ.
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 645-2780

JACOB LAUFER, ESQ.
Attorney for defendant Lawrence Fransen
65 Broadway, Suite 1005
New York, New York
(212) 422-8500

IT IS SO ORDERED:

Dated: Newark, New Jersey
       June 16, 2008

HON. STANLEY R. CHESLER
United States District Judge