UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
UNITED STATES OF AMERICA      :

-v.-                          :   04 Cr. 00010 (SRC)

LAWRENCE FRANSEN,             :   ORDER ON CONSENT ADVANCING
                                  SURRENDER DATE
            Defendant.        :
---------------------------------x

It is hereby consented by the United States, by Assistant U.S. Attorney John M. Fietkiewicz, and the defendant Lawrence Fransen, by his attorney Jacob Laufer, that the date for defendant Lawrence Fransen to surrender for service of his term of incarceration be advanced from Sunday, July 27, 2008 to Monday, July 28, 2008.

Dated: Newark, New Jersey
       July 24, 2008

JOHN M. FIETKIEWICZ, ESQ.
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 645-2780

JACOB LAUFER, ESQ.
Attorney for defendant Lawrence Fransen
65 Broadway, Suite 1005
New York, New York
(212) 422-8500

IT IS SO ORDERED:

Dated: Newark, New Jersey
       July 24, 2008

HON. STANLEY R. CHESLER
United States District Judge