PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff,*<br>v.<br><br>LAWRENCE FRANSEN,<br><br>                              *Defendant,*<br>and<br><br>**UNION BANK OF CALIFORNIA,<br>and its successors or assigns,**<br><br>                              *Garnishee.* | Hon. Stanley R. Chesler<br><br>CRIMINAL No. 04-10<br><br>**APPLICATION AND ORDER<br>FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Lawrence Fransen, social security number *******1036, whose last known address is Corona, CA 92883 in the above cited action in the amount of $5,611,292.75, plus interest at the rate of 2.14% per annum and penalties.

The total balance due and owing as of October 28, 2009 is $5,762,900.01.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from October 28, 2009, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Lawrence Fransen has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Lawrence Fransen.

The name and address of the Garnishee or his authorized agent is:

>Union Bank of California
>Sierra Del Oro #75
>2661 Green River Road
>Corona, CA 92882
>Attn: Legal Department

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

>PAUL J. FISHMAN
>United States Attorney
>
>By: *[signature]* LEAH A. BYNON
>Assistant U.S. Attorney

IT IS, on this ___5___ day of ___November___, 2009,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
HON. STANLEY R. CHESLER, JUDGE
UNITED STATES DISTRICT COURT