PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lawrence Fransen                                      Cr.: 04-00010
                                                                        PACTS #: 38096

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 06/04/08

Original Offense: 1) Conspiracy to Commit Securities Fraud, Bank Fraud, Mail Fraud and False Statements; 2) Securities Fraud.

Original Sentence: 4 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/26/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Fransen supervised release term is scheduled to expire on November 25, 2011 with an outstanding restitution balance of $5,476,983.40. |

U.S. Probation Officer Action:

The probation office recommends that the offender's supervised release term be allowed to expire as scheduled. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,
By: Nancy Hildner
Senior U.S. Probation Officer
Date: 5/18/11

*The Court orders the following action:*

[ ✓ ] Expiration of term of supervised release as scheduled
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer
5/19/2011
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

May 19, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-317
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
P.O. Box 0999
Martin Luther King, Jr. Courthouse
Newark, N.J. 07102

RE: FRANSEN, LAWRENCE
Docket# CR04-00010
**Request to allow supervision to
terminate with outstanding fine balance**

Dear Judge Chesler,

The above-captioned individual was sentenced by Your Honor on June 4, 2008, to 4 months imprisonment to be followed by three years supervised release for 1) Conspiracy to Commit Securities Fraud, Bank Fraud, Mail Fraud, and False Statements, and 2) Securities Fraud. Restitution in the amount of $5,711,092.75 was ordered. Fransen's supervised release commenced on November 26, 2008. Due to his residence being in California, he has been supervised by the Central District of California since his release.

Fransen's supervised release is due to expire on November 25, 2011 and he has an outstanding restitution balance of $5,476,983.40. His payments have been consistent, and to date, he has paid $134,309.35. Fransen has been cooperative and compliant with the conditions of supervision.

Along with the probation office in the Central District of California, we request that Fransen's supervision be allowed to terminate on November 25, 2011 as scheduled. Attached for Your Honor's review and signature is the Probation Form 12A. Should Your Honor have any questions, please contact the undersigned at 973-223-0768.

Respectfully,

Wilfredo Torres, Chief
U.S. Probation Officer

By: Nancy Hildner
Senior U.S. Probation Officer

nh\
Attachment